

DAVID E. DE LORENZI
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: (973) 596-4743 Fax: (973) 639-6235
ddelorenzi@gibbonslaw.com

July 19, 2018

**VIA ECF**

Hon. Brian Martinotti, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    **Pfizer Inc. et al. v. APPCO Pharma Ltd., et al.**
              **Civil Action No. 18-cv-02272-(BRM)(TBJ)**

Dear Judge Martinotti:

      We, along with Arnold & Porter Kaye Scholer LLP, represent Plaintiffs Pfizer Inc. and Pfizer Limited (collectively, "Plaintiffs") in the above-referenced matter. With Hill Wallack LLP and Amin Talati Upadhye LLP, counsel for defendants AppCo Pharma Ltd. And AppCo Pharma LLC (collectively, "Defendants"), we submit the attached Stipulation and Order of Dismissal for Your Honor's consideration. If Your Honor finds the document acceptable, the parties respectfully request that Your Honor so order and direct the entry of the Stipulation and Order of Dismissal on the docket.

      Please do not hesitate to have Your Honor's staff contact us with any questions regarding the foregoing of if we may be of any assistance to the Court. We thank the Court for its consideration and continued assistance in this matter.

                            Respectfully submitted,

                            s/ Charles H. Chevalier
                            Charles H. Chevalier

Attachment

cc:    Honorable Tonianne J. Bongiovanni, U.S.M.J. via e-mail
        Counsel of record via ECF